UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELENA VITALEVNA ABRAMOVA,

Plaintiff,

-against-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; AND FIELD OFFICE DIRECTOR, USCIS NEW YORK FIELD OFFICE,

Defendants.

26 CIVIL 7196 (VEC)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated November 17, 2026, Plaintiff's Complaint and all claims therein are hereby remanded to United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party, subject to the provisions of paragraph 2 herein. This remand is without prejudice to Plaintiff's right to reinstate this action if USCIS does not render a decision on Plaintiff's application for naturalization (Form N-400) within forty-five (45) days of this Stipulation and Order of Remand being so-ordered by the Court. If Plaintiff fails to reinstate this action between 46 and 75 days from the date this Stipulation and Order of Remand is so-ordered, this action shall be deemed to be dismissed with prejudice.

**Dated:** New York, New York
November 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**